**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Nokota Horse Conservancy, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| David J. Bernhardt, | ) | |
| | ) | Case No. 1:09-cv-024 |
| Defendants. | ) | |

Before the court are the Plaintiff's motion for attorneys James A. Orr, Jason M. Prine, and David E. Weslow to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys have James A. Orr, Jason M. Prine, and David E. Weslow affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiff's motions (Docket Nos. 6, 7, and 8) are **GRANTED**. Attorneys James A. Orr, Jason M. Prine, and David E. Weslow are admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 26th day of June, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge