# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Nokota Horse Conservancy, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| David J. Bernhardt, | ) | |
| | ) | Case No. 1:09-cv-024 |
| Defendant, Counter-Plaintiff. | ) | |

On September 15, 2009, the parties filed a Stipulation Extending Time to Respond to Defendant's Motion for Summary Judgment. The court **ADOPTS** the parties' stipulation (Docket No. 27). Plaintiff shall have until October 6, 2009, to file a response to Defendant's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated this 16th day of September, 2009.

　　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge