**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Nokota Horse Conservancy, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| David J. Bernhardt, Nokota Horse Association, Inc., David Robson, Nola Robson, Robert Fjetland, and Deb Fjetland, | ) ) ) | |
| | ) | Case No. 1:09-cv-024 |
| Defendants. | ) | |

___

The court held a status conference in the above-entitled action on November 10, 2009. Attorney James A. Orr appeared on behalf of the Plaintiff. Attorney Sidney J. Spaeth appeared on behalf of Defendant David J. Bernhardt. Attorney Anthony J. Weiler appeared on behalf of Defendants Nokota Horse Association, Inc., David Robson, Nola Robson, Robert Fjetland, and Deb Fjetland (hereinafter collectively referred to as the "Nokota Horse Association").

Pursuant to the parties discussions, the show cause hearing scheduled for December 3, 2009, shall be rescheduled for Friday, February 19, 2010, at 9:30 a.m. in Bismarck before Judge Hovland (courtroom #1). The undersigned shall conduct a status conference via telephone with the parties on December 1, 2009, at 10:00 a.m. The court shall initiate the conference call. The parties should be prepared to report on their status of their settlement negotiations, and if necessary, discuss revisions to the existing pretrial deadlines.

The Nokota Horse Association's Objection to Venue of Deposition (Docket No. 74) is **MOOT** as the Plaintiff essentially agreed to postpone the depositions at issue.

**IT IS SO ORDERED.**

Dated this 10th day of November, 2009.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge