**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Nokota Horse Conservancy, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SCHEDULING SETTLEMENT** |
| | ) | **CONFERENCE** |
| vs. | ) | |
| | ) | |
| David J. Bernhardt, Nokota Horse | ) | |
| Association, Inc., David Robson, Nola | ) | |
| Robson, Robert Fjetland, and Deb Fjetland, | ) | |
| | ) | Case No. 1:09-cv-024 |
| Defendants. | ) | |

**IT IS ORDERED:**

A settlement conference will be held before the magistrate judge on January 19, 2010, at 10:00 a.m. CST at the U.S. Courthouse located in Bismarck, North Dakota (courtroom #2).

The parties may submit a confidential settlement statement to the undersigned via fax (701-530-2325), e-mail (ndd_J-Miller@ndd.uscourts.gov), or mail (P.O. Box 670, Bismarck, North Dakota 58502-0670) prior to the settlement conference. The settlement statement shall not become a part of the file of the case or shared with the other parties, but shall be for the exclusive use of the undersigned in preparing for and conducting the settlement conference.

Dated this 28th day of December, 2009.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge