# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Nokota Horse Conservancy, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| David J. Bernhardt, Nokota Horse Association, Inc., David Robson, Nola Robson, Robert Fjetland, and Deb Fjetland, | ) ) ) | |
| | ) | Case No. 1:09-cv-024 |
| Defendants. | ) | |

_____

The court hosted a settlement conference in the above-entitled action on January 19, 2010, in Bismarck, North Dakota. The parties appeared to reach a settlement in principle.

On February 16, 2010, Defendants filed a document captioned "Consent to Extend TRO." Therein they agreed to extend the temporary restraining order and postpone the show cause hearing scheduled for February 19, 2010.

The court **ORDERS** that the show cause hearing set for February 19, 2010, shall be rescheduled for May 7, 2010, at 9:30 a.m. in Bismarck, North Dakota, before Judge Hovland (courtroom #1). The temporary restraining order shall be extended until the hearing before Judge Hovland on May 7, 2010.

Dated this 17th day of February, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge